# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NIGEL C. MARTIAL, | Case No.: 2:21-cv-00649-APG-BNW |
| Plaintiff | **Order Remanding Case** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

I previously ordered defendant State Farm Mutual Automobile Insurance Company to show cause why this case should not be remanded for lack of subject matter jurisdiction. ECF No. 4. Specifically, I advised State Farm that it had not provided sufficient evidence that the amount in controversy requirement was met. *Id.* State Farm's response to the order to show cause still does not show by a preponderance of the evidence that the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 14th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE